**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVAN STOOPLER, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>DIREXION SHARES ETF TRUST, DANIEL O'NEILL, TODD KELLERMAN, DANIEL J. BRYNE, GERALD E. SHANLEY, III, JOHN WEISSER and RAFFERTY ASSET MANAGEMENT, LLC.<br><br>       Defendants. | Case No. 09-cv-8011 (RJH) |
| MILTON PFEIFFER, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>       vs.<br><br>DIREXION SHARES ETF TRUST, DANIEL O'NEILL, TODD KELLERMAN, DANIEL J. BRYNE, GERALD E. SHANLEY, III, JOHN WEISSER and RAFFERTY ASSET MANAGEMENT, LLC.<br><br>       Defendants. | Case No. 09-cv-8375 (RJH) |

**NOTICE OF MOTION AND MOTION OF PROPOSED
LEAD PLAINTIFF SCOTT WOSKA FOR CONSOLIDATION, APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

| | |
|---|---|
| THOMAS C. LONGMAN, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>DIREXION SHARES ETF TRUST, DANIEL D. O'NEIL, TODD KELLERMAN, DANIEL J. BRYNE, GERALD E. SHANLEY, III, JOHN WEISSER and RAFFERTY ASSET MANAGEMENT, LLC.<br><br>                Defendants. | )<br>)<br>)<br>)<br>) Case No. 09-cv-8459 (RJH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion of Proposed Lead Plaintiff Scott Woska for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Declaration submitted in support thereof and such other evidence as the Court may consider, Scott Woska moves the Court, pursuant to Sections 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act") for an order: (i) consolidating the above captioned actions; (ii) appointing him as Lead Plaintiff for the claims asserted; and (iii) approving his choice of Weiss & Lurie as Lead Counsel.

Dated: November 17, 2009                              Respectfully submitted,

                                                    By:     s/ Joseph H. Weiss
                                                           WEISS & LURIE
                                                           Joseph H. Weiss
                                                           James E. Tullman
                                                           551 Fifth Avenue
                                                           New York, New York  10176
                                                          (212) 682-3025
                                                          (212) 682-3010 (Fax)