UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Electronically Filed |
|  | : |  |
| IN RE DIREXION SHARES ETF TRUST | : | Master File No. 1:09-CV-08011-KBF |
|  | : |  |
|  | : | Judge Katherine B. Forrest |

## NOTICE OF APPEAL

Notice is herby given that named proposed intervenor in the above captioned civil action Barton A. Boothe, individually and on behalf of those similarly situation, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order, dated January 27, 2012, with respect to that part of the Opinion and Order that denies the proposed intervenor's motion to intervene in the action. A class has not yet been certified in this action.

The other parties and counsel to the Opinion and Order, Opinion and Judgments described above are:

William Bernard Federman
**Federman & Sherwood**
10205 N. Pennsylvania
Oklahoma City, OK 73102
**Attorneys for the FAZ Plaintiffs**

Kenneth G. Gilman
**Gilman and Pastor, LLP**
16 14th Avenue
Wareham, MA 02571
**Attorneys for ERY Plaintiffs**

1

Mark C. Rifkin
**Wolf Haldenstein Adler Freeman & Herz LLP**
270 Madison Avenue
New York, NY 10016
**Attorneys for ERY Plaintiffs**

Joanna Andrea Diakos
Jeffrey B. Maletta
Nicholas G Terris
Sarah Peck Kenney
**K&L Gates LLP (NYC)**
599 Lexington Avenue
New York, NY 10022-6030
**Attorneys for Defendants**

Robert Kelsey Kry
**Molo Lamken LLP**
600 New Hampshire Ave., NW
Washington, DC 20037
**Attorneys for Defendants**

Steven Francis Molo
Nicole Joy Coward
**MoloLamken, LLP**
540 Madison Avenue
New York, NY 10022
**Attorneys for Defendants**

February 22, 2012

        Respectfully submitted,

        Stull, Stull & Brody

        By:__/s/ Mark Levine_____
        Mark Levine
        Jason D'Agnenica
        6 East 45th Street, 5th Floor
        New York, NY 10017
        (212) 687-7230
        Fax: (212) 490-2022

        Attorneys for Movant- Intervenor
        Barton A. Boothe