

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 24 2012
```

Forrest, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
:
: Civil Action No. 1:09-CV-08011-KBF
: Judge Katherine B. Forrest
:
IN RE DIREXION SHARES ETF TRUST :
: STIPULATION OF DISMISSAL
: WITHOUT PREJUDICE AS TO
: ALL DEFENDANTS BY
: PLAINTIFFS JASON HAAS AND
: JOEL BEHNKEN
----------------------------------x

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE PARTIES HERETO, through their undersigned attorneys, as follows:

1. All claims of Plaintiff Jason Haas against defendant Direxion Shares ETF Trust and all other named defendants be dismissed in their entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(2).

2. All claims of Plaintiff Joel Behnken against defendant Direxion Shares ETF Trust and all other named defendants be dismissed in their entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(2).

3. Defendants to the above captioned action agree to this dismissal.

4. This dismissal is not intended to, and does not, affect the pending claims of any remaining parties to the above captioned action.

Dated: New York, New York
July 17, 2012

FEDERMAN & SHERWOOD

By: /s/ William B. Federman
William B. Federman (WF 9124)
Email: wbf@federmanlaw.com
Stuart W. Emmons
Email: swe@federmanlaw.com
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Counsel for Lead Plaintiffs Evan Stoopler, Joel Behnken, and Jason Haas*

K&L GATES LLP

By: /s/ Joanna A. Diakos
Joanna A. Diakos (JD 7269)
599 Lexington Avenue
New York, New York 10022
Email: joanna.diakos@klgates.com
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

*Counsel for Defendants Direxion Shares ETF Trust, Daniel D. O'Neill, Daniel J. Byrne, Gerald E. Shanley, III, John Weisser, and Rafferty Asset Management, LLC*

So Ordered: July 24, 2012

/s/ K. B. Forrest
Hon. United States District Judge Katherine B. Forrest

Only the claims of plaintiffs Haas and Behnken are dismissed. All other claims remain, and this action is pending with respect to those claims.

- 2 -