Joanna A. Diakos (JD 7269)
Sarah P. Kenney (SK 5642)
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: joanna.diakos@klgates.com
       sarah.kenney@klgates.com
Phone: (212) 536-3900
Fax:   (212) 536-3901

Jeffrey B. Maletta (admitted *pro hac vice*)
Nicholas G. Terris (admitted *pro hac vice*)
1601 K Street, NW
Washington, D.C. 20006-1600
Email: jeffrey.maletta@klgates.com
       nicholas.terris@klgates.com
Phone: (202) 778-9000
Fax:   (202) 778-9100

*Counsel for Defendants Direxion Shares EFT Trust,
Daniel D. O'Neill, Daniel J. Byrne, Gerald E. Shanley, III,
John Weisser and Rafferty Asset Management, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Direxion Shares EFT Trust | Civil Action No. 1:09-CV-08011-KBF |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Daniel D. O'Neill, the annexed Declaration of Dr. Patrick E. Conroy, with exhibits, the annexed Declaration of Nicholas G. Terris, Esq., with exhibits, the annexed Memorandum of Law in Support of the Direxion Defendants' Motion for Summary Judgment and the papers and pleadings previously filed herein, Defendants Direxion Shares EFT Trust, Daniel D. O'Neill, Daniel J. Byrne, Gerald E. Shanley, III, John Weisser, and Rafferty Asset Management, LLC (collectively the "Direxion Defendants") will move this Court, before the Honorable Katherine B. Forrest, United States

- 2 -

District Court Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on September 28, 2012 at 2:30 pm, for an Order granting the Direxion Defendants summary judgment against Plaintiffs Stoopler, Remmells and Schwack pursuant to Fed. R. Civ. P. 56.

Dated: August 31, 2012
       New York, New York

K&L Gates LLP

By: /s/ Joanna A. Diakos

Joanna A. Diakos (JD 7269)
Sarah P. Kenney (SK 5642)
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: joanna.diakos@klgates.com
       sarah.kenney@klgates.com
Phone: (212) 536-3900
Fax:   (212) 536-3901

Jeffrey B. Maletta (admitted *pro hac vice*)
Nicholas G. Terris (admitted *pro hac vice*)
1601 K Street, NW
Washington, D.C. 20006-1600
Email: jeffrey.maletta@klgates.com
       nicholas.terris@klgates.com
Phone: (202) 778-9000
Fax:   (202) 778-9100

*Counsel for Defendants Direxion Shares EFT Trust,*
*Daniel D. O'Neill, Daniel J. Byrne, Gerald E. Shanley, III,*
*John Weisser and Rafferty Asset Management, LLC*