UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Direxion Shares ETF Trust

Plaintiff,

-against-

Defendant.

09 cv 08011 ( KBF )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Amy J Eldridge__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Virginia and the District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: __Amy J. Eldridge__

Firm Name: __K&L Gates LLp__

Address: __1601 K Street NW__

City / State / Zip: __Washington, D.C. 20006__

Telephone / Fax: __202-778-9400/202-778-9100__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __all Defendants__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _Sept. 14, 2012_

_K. B. Fo___

United States District ~~/ Magistrate~~ Judge
Katherine B. Forrest

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 14 2012