UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
IN RE DIREXION SHARES ETF TRUST   :
          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED FEB 05 2013

09 Civ. 8011 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The parties to this action having reached a proposed settlement and the Court having scheduled a Final Approval Hearing for May 10, 2013, at 2:00 p.m., the Clerk of the Court is hereby directed to terminate the motions at docket nos. **103** and **122**.

SO ORDERED:

Dated:    New York, New York
          February __, 2013

_____
KATHERINE B. FORREST
United States District Judge