UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DIREXION SHARES ETF TRUST | Civil Action No. 1:09-CV-08011-KBF |

NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
LITIGATION EXPENSES, AND REIMBURSEMENT AWARDS

TO:  All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and 23(h) and this Court's Order dated February 8, 2013 granting preliminary approval of the proposed settlement and providing for notice, and upon the Joint Declaration in Support of (I) Plaintiffs' Unopposed Motion for Final Approval of Settlement and (II) Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Awards; the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Awards; the Memorandum of Law in Support of Motion for Final Approval of Proposed Class Action Settlement and Approval of Plan of Allocation; and all other papers and proceedings herein, Lead Counsel will and do hereby move this Court on May 10, 2013, at 2:00 p.m. in the Courtroom of the Honorable Katherine B. Forrest, United States District Court Judge for the Southern District of New York, Courtroom 15A, 500 Pearl Street, New York, NY 10007, or other such location and time as set by the Court, for entry of a Judgment awarding attorneys' fees and reimbursement of litigation expenses to Lead Counsel, plus any accrued interest, and awarding reimbursement awards to Plaintiffs.  A [Proposed] Final Judgment and Order of Dismissal with Prejudice is attached hereto.

Dated: April 5, 2013                    /s/William B. Federman
                                        William B. Federman
                                        wbf@federmanlaw.com
                                        Stuart Emmons
                                        swe@federmanlaw.com
                                        10205 N. Pennsylvania Avenue
                                        Oklahoma City, OK 73120
                                        Phone: (405) 235-1560
                                        Fax: (405) 239-2112

                                        *Lead Counsel for the FAZ Plaintiffs
                                        and the Class*

                                        Mark C. Rifkin
                                        rifkin@whafh.com
                                        Maja Lukic
                                        lukic@whafh.com
                                        WOLF HALDENSTEIN ADLER
                                        FREEMAN & HERZ LLP
                                        270 Madison Avenue
                                        New York, NY 10016
                                        Phone: (212) 545-4600
                                        Fax: (212) 545-4653

                                        Kenneth G. Gilman
                                        kgilman@gilmanpastor.com
                                        GILMAN AND PASTOR, LLP
                                        Beachway Professional Center Tower
                                        3301 Bonita Beach Road, Suite 307
                                        Bonita Springs, FL 34134
                                        Phone: (239) 221-8301
                                        Fax: (239) 676-8224

                                        *Co-Lead Counsel for the ERY
                                        Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that foregoing was filed through the ECF system on Friday, April 05, 2013.

                                        /s/ William B. Federman
                                        William B. Federman