# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand thirteen.

Before:  Rosemary S. Pooler,
     *Circuit Judge.*

_____

Barton Boothe,

  Appellant,

  v.

Direxion Shares ETF Trust, Daniel O'Neill,
Daniel J. Byrne, Gerald E. Shanley, III,
John Weisser, Rafferty Asset Management, LLC,

  Defendants - Appellees.

ORDER
Docket No. 12-725

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 10, 2013

_____

Appellant moves to dismiss the appeal, as moot.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/10/2013